MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5589
Facsimile: (408) 535-5066
Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

FILED

DEC 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON STANSBURY, et al.,<br><br>Defendant. | No. CR 12-00210 HRL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING DATE |

## STIPULATION

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendants Jason Stansbury and Jason Hooson, by and through their counsel David Johnson and Richard P. Pointer, hereby stipulate that, with the Court's approval, the status hearing scheduled in this case, currently scheduled for Thursday, December 13, 2012 at 1:30 p.m., be vacated and rescheduled for Friday, December 21, 2012, at 1:30 p.m. The rescheduling is requested to allow government counsel to attend a mandatory district-wide training in San

1

Francisco on December 13, 2012.

It is so stipulated.

Dated: December 11, 2012

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

Dated: December 11, 2012

/s/
DAVID JOHNSON
Attorney for Jason Stansbury

Dated: December 11, 2012

/s/
RICHARD P. POINTER
Attorney for Jason Hooson

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the status hearing in this case, previously scheduled for December 13, 2012 at 1:30 p.m., be vacated and rescheduled for December 21, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 12/12/12

_____
HOWARD R. LLOYD
United States Magistrate Judge